UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BLAKE MARINE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARVAL INVESTORS LLC and CVI GVF (LUX) MASTER S.A.R.L., <br><br> Defendants. | Case No: 0:15-cv-00151-JNE-JJK <br><br> **EXTENSION BY STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for Plaintiff Blake Marine Group, Inc. to oppose Defendants' Motion to Dismiss (D.E. 18) and memorandum of law submitted therewith shall be adjourned and extended to, and including, May 20, 2015; and

IT IS FURTHER STIPULATED AND AGREED that reply papers are to be served by Defendants on or before June 3, 2015.

Dated:  April 16, 2015
           Minneapolis, Minnesota

| | |
|---|---|
| CHESTNUT CAMBRONNE PA | FAEGRE BAKER DANIELS LLP |
| | |
| By: */s/ Karl L. Cambronne* | By: */s/ Randall E. Kahnke* |
| Karl L. Cambronne (#14321) | Randall E. Kahnke (MN #202745) |
| kcambronne@cclawmn.com | Matthew Kilby (MN #0335083) |
| Brian N. Toder (#17869X) | Ryan J. Long (MN #0395499) |
| btoder@cclawmn.com | Elsa M. Bullard (MN #0392113) |

17 Washington Avenue North, Suite 300
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940


HOLLAND & KNIGHT LLP
James H. Power (admitted *pro hac vice*)
james.power@hklaw.com
Marie E. Larsen (admitted *pro hac vice*)
marie.larsen@hklaw.com
31 West 52nd Street
New York, NY 10019
Phone: (212) 513-3200
Fax: (212) 385-9010

*Attorneys for Plaintiff*
*Blake Marine Group, Inc.*

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600

*Attorneys for Defendants CarVal*
*Investors LLC and CVI GCF (Lux)*
*Master S.a.r.l.*